# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DENISE DAVIS,** | ) | Case No. 14-30192-DHW-13 |
| | ) | |
| **Debtor.** | ) | |

## MOTION TO DISMISS

COMES NOW, Pen Air Federal Credit Union ("Pen Air"), a secured creditor in the referenced bankruptcy proceeding, and moves this Court to dismiss the pending bankruptcy proceeding. In support of this motion, Pen Air states the following:

1. Since the filing of the Debtor's bankruptcy on January 24, 2014 she has failed to fully and timely make her Chapter 13 Plan payments.

2. Given the Debtor's failure to comply with its statutory and financial requirements postpetition, this case should be dismissed with not less than a ninety (90) day injunction, allowing Pen Air ample time to properly retrieve its collateral.

WHEREFORE, the premises considered, Pen Air respectfully requests that this Court dismiss the pending case and impose not less than a ninety (90) day injunction prohibiting the Debtor from filing any type of bankruptcy regardless of venue. Further, Pen Air prays for all other relief as is just and appropriate.

Dated this the 11th day of February, 2015.

/s/Jeffery J. Hartley
JEFFERY J. HARTLEY            (HARTJ4885)
Attorney for Pen Air Federal Credit Union

Of counsel:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax

# CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of February, 2015, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties to this proceeding.

  Joshua C. Milam
  Shinbaum & Campbell
  566 S. Perry Street
  Montgomery, AL 36104
  *Attorney for Debtor*

  Curtis C. Reding
  P.O. Box 173
  Montgomery, AL 36101
  *Chapter 13 Trustee*

            **/s/ Jeffery J. Hartley**
            OF COUNSEL