UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 14-30192-DHW
                                                                      Chapter 13
DENISE DAVIS,

      Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. #23) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan. Pen Air Federal Credit Union, a creditor in the above-referenced proceeding, also filed a Motion to Dismiss (Doc. #27) and requested a 90-day bar to re-filing. The motions came on for hearing on March 2, 2015. In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED and the debtor is BARRED from filing for bankruptcy for 90 days from the date of this order. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 3rd day of March, 2015.

                                                  /s/ Dwight H. Williams, Jr.
                                                  United States Bankruptcy Judge

c:    Debtor
       Joshua C. Milam, Attorney for Debtor
       Curtis C. Reding, Trustee
       All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**